# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 17-MJ-341STE |
| ) | |
| JUSTIN C. MITCHELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

NOW on this 19th day of October 2021, on Motion of the plaintiff to dismiss the above-styled case (Doc. #5), the Court finds that said Motion should be granted for the reasons therein stated.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Information charging the defendant, Justin C. Mitchell, with a violation of Title 21, United States Code, Section 844, be and the same is hereby dismissed, without prejudice.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE